**Electronically Filed
Intermediate Court of Appeals
CAAP-21-0000059
23-OCT-2024
08:02 AM
Dkt. 73 ODMR**

NO. CAAP-21-0000059

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

DAVID TARAN and RANDY TARAN, Plaintiffs-Appellants,
v.
RAYMOND L. LAGGER, an individual, Defendant-Appellee,
and
JOHN DOES 1-10; JANE DOES 1-10; DOE PARTNERSHIPS,
DOE CORPORATIONS, and DOE GOVERNMENTAL UNITS and
OTHER ENTITIES 1-20, Defendants

APPEAL FROM THE CIRCUIT COURT OF THE THIRD CIRCUIT
(CASE NO. 3CC19100005K)

ORDER
(By: Hiraoka, Presiding Judge, Nakasone and McCullen, JJ.)

Upon review of "Defendant/Appellee Raymond L. **Lagger**'s **Motion** for Reconsideration of the Summary Disposition Order, Filed October 11, 2024," filed on October 18, 2024, the papers in support, and the record, it appears that:

1. The Motion recognizes that "[t]he only issue upon which summary judgment was granted below involved a question of law — whether the language . . . of the Master Declaration is ambiguous" and argues we didn't "decide that legal question";

2. Lagger argued the Master Declaration was ambiguous because it "does not *define* what constitutes an unreasonable obstruction" (emphasis added); and

3. We concluded the lack of a definition "doesn't make the phrase *unreasonably obstruct the view* ambiguous. The

circuit court erred by granting Lagger's motion for summary judgment on that basis."

Lagger's Motion presents no point of law or fact we overlooked or misapprehended.  <u>See</u> Rule 40(b), Hawaiʻi Rules of Appellate Procedure.  IT IS HEREBY ORDERED that the Motion is denied.

DATED: Honolulu, Hawaiʻi, October 23, 2024.

/s/ Keith K. Hiraoka
Presiding Judge

/s/ Karen T. Nakasone
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge